# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| **JESS J. DAVIES**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;** and **SCOTT PRUITT,** Director,<br><br>Defendants. | CV 17-115-H-CCL<br><br><br><br>ORDER |

Pursuant to the parties' joint motion to vacate the preliminary pretrial conference and associated filing deadlines pending an anticipated settlement agreement, and good cause appearing,

IT IS ORDERED:

The parties' motion is GRANTED. The preliminary pretrial conference scheduled for May 24, 2018, at 9:30 a.m. in Helena, Montana as well as the parties' associated deadlines for the case management plan, initial disclosures, and preliminary pretrial statement are VACATED.

1

IT IS FURTHER ORDERED that within 45 days from the date of this Order the parties shall provide a joint status report advising the Court as to the anticipated settlement agreement.

DATED this 18th day of May, 2018.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE