IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| JESS J. DAVIES<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and SCOTT PRUITT, Director,<br><br>Defendants. | CV 17-115-H-CCL<br><br>ORDER |

On May 18, the Court granted the parties' joint motion to vacate the preliminary pretrial conference and ordered the parties to submit a status report within 45 days. In their July 2, 2018, status report, the parties requested an additional 30 days to work toward resolution of this case. Good cause appearing,

IT IS ORDERED that the parties shall provide a joint status report advising the Court as to the anticipated settlement agreement on or before August 7, 2018.

DATED this 3rd day of July, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE