**CHAD C. SPRAKER**
Assistant U.S. Attorney
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5270
FAX: (406) 457-5130
Email: chad.spraker@usdoj.gov

**VICTORIA L. FRANCIS**
Assistant U.S. Attorney
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4633
FAX: (406) 657- 6058
Email: Victoria.francis@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

**LINDA M. DEOLA**
Morrison, Sherwood, Wilson & Deola, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624-0557
406-442-3261 Phone
406-443-7294 Fax
ldeola@mswdlaw.com

**ATTORNEY FOR PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| **JESS J. DAVIES**<br>            Plaintiffs,<br>       vs.<br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and SCOTT PRUITT, Director,**<br>            Defendants. | **CV 17-115-H-CCL**<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's July 3, 2018, Order (Doc. 15), the parties through their counsel jointly submit this status report.   The parties have been unable to reach a resolution of this matter.   Therefore, the parties respectfully request the Court to reset its preliminary pretrial conference for the third week of October

1

2018 or another date convenient to the Court.   Subject to the Court's approval, the parties also stipulate to October 1, 2018, as the deadline for a joint case management plan, preliminary pretrial statement, and initial disclosures.   Plaintiff also indicates that he intends to file a motion to stay this matter.

DATED this 7th day of August, 2018.

                KURT G. ALME
                United States Attorney

                */s/ Chad C. Spraker*
                Assistant U.S. Attorney
                Attorney for Defendant

                */s/ Linda M. Deola*
                Attorney for Plaintiff