IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



**FILED**

SEP 12 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| JESS J. DAVIES, | CV-17-115-H-CCL |
| Plaintiff, | |
| vs. | ORDER |
| UNITES STATES ENVIRONMENTAL PROTECTION AGENCY; and SCOTT PRUITT, Director, | |
| Defendants. | |

Plaintiff moves to vacate the preliminary pretrial conference scheduled for October 16, 2018, as well as the associated filing date of October 1, 2018, on the grounds that Plaintiff's counsel is required to attend a previously scheduled hearing from October 16 through 19. Defendants do not oppose Plaintiff's motion. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's unopposed motion to vacate the preliminary pretrial conference and associated filing dates (Doc. 18) is GRANTED. The preliminary pretrial conference set for October 16, 2018 and the October 1, 2018, filing deadline are VACATED.

I hereby recuse myself in this matter. The Clerk is therefore directed to notify Chief Judge Christensen of the entry of this Order so that he can reassign this case.

Dated this 11th day of September, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE