# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | | |
|---|---|---|
| **JESS J. DAVIES**, | ) | No. CV-17-115-H-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | PLAINTIFF'S COUNSEL LEAVE |
| | ) | TO APPEAR |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and SCOTT PRUITT, Director** | ) ) ) ) | TELEPHONICALLY AT JULY 10, 2019 PRELIMINARY PRETRIAL CONFERENCE 3:00 PM |
| | ) | |
| Defendants. | | |

**THIS MATTER** came before the court on the Plaintiff's Motion for Leave for Counsel to Appear Telephonically.  The court considered the following pleadings filed herein:

1. Dan Fiorito's Motion to Appear Telephonically

Based on the pleadings filed herein, it is ORDERED:

ALL PARTIES will appear at the July 10, 2019 preliminary pretrial conference BY TELEPHONE. The Court will contact the parties with the call-in number.

DATED this 28th day of June, 2019.

Brian Morris
United States District Court Judge