FILED
1/14/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESS J. DAVIES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator,<br><br>    Defendants. | CV-17-115-H-BMM<br><br>**ORDER** |

    Defendants, the United States Environmental Protection Agency and Andrew Wheeler, have filed a motion seeking to apply a bifurcated standard of review to Counts I and II of the Amended Complaint. (Doc. 51). Plaintiff does not oppose applying a bifurcated standard of review to Counts I and II. (Doc. 55).

    Defendants also filed a Motion for Partial Judgment on the Pleadings (Doc. 49) seeking a judgment that the Amended Complaint fails to state a claim for relief because 29 U.S.C. § 794 does not create a private cause of action against a federal employer. In response, Davies acknowledged that the Amended Complaint needed

to be amended, and the Court has granted a stipulated motion to do so. (Doc. 54, 56, 57).

**IT IS ORDERED** that Defendants' Motion to Apply a Bifurcated Standard of Review (Doc. 51) is **GRANTED**.

**IT IS ALSO ORDERED** that Defendants' Motion for Partial Judgment on the Pleadings (Doc. 49) is **DENIED** as moot.

DATED this 14th day of January, 2020.

Brian Morris
United States District Court Judge