# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JESS J. DAVIES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator, <br><br> Defendants. | CV-17-115-H-BMM <br><br><br> **ORDER** |

The parties have filed a joint motion to continue the general motions deadline. Upon consideration of the motion and good cause shown, IT IS HEREBY ORDERED that the parties' joint motion is granted. (Doc. 84). The general motions deadline (fully briefed) is extended until June 29, 2020.

DATED this 10th day of April, 2020.

Brian Morris, Chief District Judge
United States District Court