# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **JESS J. DAVIES**<br><br>**Plaintiff,**<br>vs.<br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator,**<br><br>**Defendants.** | **CV 17-115-H-BMM**<br><br>**ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO PLAINTIFF'S STATEMENT OF DISPUTED FACTS (DOC. 109)** |

Plaintiff's Motion to Seal Exhibit 1 to Plaintiff's Statement of Disputed Facts (Doc. 109) being unopposed, and good cause appearing, the motion is HEREBY GRANTED.   The Clerk of Court shall seal Exhibit 1 attached to Doc. 109 due to the personal information contained in the document.   The Plaintiff shall replace it with Amended Exhibit 1, the redacted version of the exhibit.   Plaintiff shall file Amended Exhibit 1 and the exhibit shall be linked to Doc. 109.

DATED this 14th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1