DAN N. FIORITO III
The Law Office of Dan N. Fiorito III
844 NW 48th Street
Seattle, WA 98107
Phone: (206) 299-1582
Fax: (206) 770-7590
Email: dan@danfiorito.com
*Pro Hac Vice*

LINDA M. DEOLA
Morrison, Sherwood, Wilson & Deola, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, MT 59624-0557
Phone: (406) 442-3261
Fax: (406) 443-7294
Email: ldeola@mswdlaw.com

        **Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **JESS J. DAVIES**<br>   Plaintiff,<br>vs.<br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;** and **ANDREW WHEELER,**[1]<br>Administrator,<br>   Defendants. | **CV 17-115-H-BMM**<br><br>**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(e)** |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current Administrator of the Environmental Protection Agency, Andrew Wheeler, is automatically substituted for former Administrator Scott Pruitt.

1

## I.    RELIEF REQUESTED

Plaintiff moves for sanctions pursuant to Rule 37 (e) F. R. Civ. P. A Brief in Support of this Motion accompanies this Motion.

DATED this 22nd day July, 2020.

                /s/ *Linda Deola*
                Attorney for Plaintiff

                /s/ *Dan N. Fiorito*
                Attorney for Plaintiff, *Pro Hac Vice*