IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESS J. DAVIES,<br><br>　　　　Plaintiff,<br>vs.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator,<br><br>　　　　Defendants. | CV 17-115-H-BMM<br><br>ORDER PERMITTING OVERLENGTH BRIEFS IN SUPPORT AND RESPONSE TO SUMMARY JUDGMENT |

　　Upon consideration of Plaintiff's Unopposed Motion to file briefs in excess of the L.R. 7.1(d)(1) 6,500-word limit in support of and in response to, the forthcoming Motions for Summary Judgment, the Court finds good cause to permit each party to file opening and response briefs in excess of 6,500 words. Accordingly,

　　IT IS ORDERED that Plaintiff's' Unopposed Motion to File Overlength Briefs in Support of and in Response to Motions for Summary Judgment is hereby GRANTED.

IT IS FURTHER ORDERED that each party's opening and response summary judgment briefs may be in excess of 6,500 words but may not exceed 10,000 words.

DATED this 5th day August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court