IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JESS J. DAVIES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator,[1]<br><br>　　　　　Defendants. | CV 17-115-H-BMM<br><br>ORDER |

The parties having stipulated to dismiss the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.  The Clerk of Court is directed to CLOSE this case.

**DATED** this 21st day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the current Administrator of the Environmental Protection Agency, Andrew Wheeler, is automatically substituted for former Administrator Scott Pruitt.